UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LUTHER K. JOHNSON, )<br>        Plaintiff, )<br>                    )<br>  v.                         )<br>                    )<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-241-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiffs consent, to remand this action for further administrative proceedings and development, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and development. *See Melkonyan v. Sullivan,* 501 U.S. 89 (1991); *Shalala v. Schaefer,* 509 U.S. 292 (1993).

**This Judgment Filed and Entered on March 30, 2016, and Copies To:**

| | |
|---|---|
| Laurie Lynn Janus | (via CM/ECF Notice of Electronic Filing) |
| Peter A. Heinlein | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>March 30, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br>Deputy Clerk |